# UNITED STATES DISTRICT COURT

## District of Minnesota

## JUDGMENT IN A CIVIL CASE

Ali Ateye Cumar,

Petitioner(s),

v.

Case Number: 25-cv-4615 JMB/LIB

Kristi Noem, Samuel Olson, David Isais,
Todd Lyons,

Respondent(s).

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner Ali C.'s Petition for a writ of habeas corpus is GRANTED in part as follows:

1. Respondents must immediately provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a), and in any event, on or before December 24, 2025.

2. If Respondents do not provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as required herein, Petitioner must be immediately released from detention.

3. On or before December 26, 2025, Respondents shall provide the Court with a status update concerning the results of any bond hearing conducted pursuant to this Order, or if no bond hearing was held, advise the Court regarding Petitioner's release.

4. Respondents shall not remove, transfer, or otherwise facilitate the removal of Petitioner from the District of Minnesota prior to compliance with Paragraphs 1–3 of this Order.

5. To the extent Petitioner seeks additional relief, the Petition is denied.

Date: 12/23/2025

KATE M. FOGARTY, CLERK